421 A.2d 204

**COMMONWEALTH of Pennsylvania**

v.

**John W. WEST, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 3, 1980.

Decided Nov. 3, 1980.

Michael J. Wherry, Public Defender, Kenneth K. McCann, Asst. Public Defender, Mercer, for appellant.

Samuel J. Orr, IV, Dist. Atty., Charles S. Hersh, Asst. Dist. Atty., Mercer, for appellee.

## ORDER

PER CURIAM:

The Order of the Court of Common Pleas of Mercer County is affirmed.